**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 25 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50255 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00209-BAS-1 |
| v. | |
| EDGAR OSMIN QUINTANILLA, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Cynthia A. Bashant, District Judge, Presiding

Submitted July 21, 2017**

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Edgar Oscar Quintanilla appeals from the district court's judgment and

challenges the sentence of 37 months in prison imposed following his guilty plea

conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Quintanilla's counsel has

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Quintanilla the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Quintanilla has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**